377 A.2d 1003

Shade, Appellant, v. Borowski et al.

Argued June 15, 1977. Stephen B. Cooper, with him Santangelo & Lewis, for appellant; Robert Silverman, for appellees.

Order affirmed.

377 A.2d 1003

Siedt et al. v. Rausch et al., Appellants.

Argued June 13, 1977. Theodore R. Lewis, with him Raymond J. DeRaymond, for appellants; Frank S. Poswistilo, with him Brose, Poswistilo, LaBarr & Kreglow, for appellees.

Decree affirmed.

PRICE, J., did not participate in the consideration or decision of this case.